United States District Court

For the Northern District of Florida

--------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Jessie Adams | ) | |
| Plaintiff | ) | Case No. 1-26-cv-23 AW/MJF |
| v. | ) | |
| Sergio Jimenez | ) | Jury Trial: Yes |
| Defendant | ) | |

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendant had ex parte communication with certain individuals,

2. Defendant conspired with others in violation of due process,

3. The Basis for federal court jurisdiction is federal law.

## RELIEF

Plaintiff demands a sum of money estimated over $400,000.

## CERTIFICATION AND CLOSING

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

FILED USDC FLND GV
JAN 22 '26 PM2:29

1/9/2026

Jessie Adams

261 Jones st,

San Francisco, CA 94100

MID-ISLAND NY 117

15 JAN 2026   PM 1  L

CHECKED JAN 22 2025

US District Court Clerk's Office

401 SE First Ave.

Gainesville, FL 32601

32601-589568