**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JESSIE ADAMS,**

    **Plaintiff,**

**v.**                                                                            **Case No. 1:26-cv-23-AW-MJF**

**SERGIO JIMENEZ,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 5), to which there has been no objection, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)." The clerk will then close the file.

SO ORDERED on March 16, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge